

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East, 7th Floor*
*Brooklyn, New York 11201*

Mailing Address: *26 Federal Plaza, Room 11-100*
*New York, New York 10278*

April 23, 2019

**BY ECF**

Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: <u>EI Electronics LLC, et al. v. USCIS, et al.</u>
No. CV-18-6385 (JFB)

Dear Judge Bianco:

Enclosed for the Court's review and signature is a Stipulation of Dismissal in the above-referenced case, signed by the attorneys for the parties.

Thank you for your attention to this matter.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/{electronically filed}
Ronald W. Kish
Sp. Assistant U.S. Attorney
(646) 682-8018 (Ph)
ronald.w.kish@uscis.dhs.gov

cc: **BY ECF**

Michael Piston, Esq.
*Attorney for Plaintiffs*