UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

EI ELECTRONICS LLC (D/B/A ELECTRO
INDUSTRIES/GUAGE TECH) a Delaware Limited
Liability Company and DANIEL ODIHI,

            Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND
AND IMMIGRATION SERVICES,

           Defendant.

-----------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Civil Action No.
CV-18-6385

(Bianco, J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 24 2019 ★

LONG ISLAND OFFICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties to the above-captioned action that:

1. This action shall be dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

2. The Clerk of the Court is directed to enter judgment accordingly.

Dated: New York, New York
  23rd day of _____, 2019

MICHAEL E. PISTON, ESQ.
*Attorney for Plaintiffs*
225 Broadway, Suite 307
New York, NY 10007

By: _____
Michael E. Piston, Esq.
(646) 845-9895
Michaelpiston4@gmail.com

Dated: New York, New York

RICHARD P. DONOGHUE

23rd day of April, 2019

United States Attorney
*Attorney for Defendant*
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By: _____
Ronald W. Kish
Sp. Assistant U.S. Attorney
(646) 682-8018
ronald.w.kish@uscis.dhs.gov

SO ORDERED this
24 day of April, 2019

S/ JOSEPH F BIANCO

_____
HONORABLE JOSEPH F. BIANCO
United States District Judge

The Clerk of the Court shall close the case.