**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
EI ELECTRONICS LLC (D/B/A ELECTRO
INDUSTRIES/GAUGE TECH) a Delaware Limited
Liability Company and DANIEL ODIHI,

                Plaintiffs,

   - against -

**JUDGMENT**
CV 18-6385 (JFB)

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                Defendant.
------------------------------------------------------------------X

A Stipulation and Order of Dismissal With Prejudice of Honorable Joseph F. Bianco, United States District Judge, having been filed on April 24, 2019, dismissing this action with prejudice, with each party to bear its own costs, expenses and fees, and directing the Clerk of the Court to enter judgment accordingly, it is

**ORDERED AND ADJUDGED** that plaintiffs EI Electronics LLC and Danial Odihi take nothing of defendant United States Citizenship and Immigration Services; that this action is dismissed with prejudice; that each party shall bear its own costs, expenses and fees; and that this case is closed.

Dated: Central Islip, New York
         April 29, 2019

                                              DOUGLAS C. PALMER
                                              CLERK OF THE COURT
                                  BY: /S/ JAMES J. TORITTO
                                              DEPUTY CLERK